Filed: 9/21/2022 11:14 AM
Lynne Finley
District Clerk
Collin County, Texas
By Suzanne Rogers Deputy
Envelope ID: 68468864

Cause No. 296-03470-2016

| | | |
|---|---|---|
| STEPHEN COURTNEY, M.D. AND STEPHEN COURTNEY, M.D., P.A., | § § § | IN THE DISTRICT COURT |
| *Plaintiffs*, | § § | |
| v. | § § | 296TH JUDICIAL DISTRICT |
| KELLY M. LIEBBE, *et al.*, | § § § | |
| *Defendants*. | § | COLLIN COUNTY, TEXAS |

## ORDER GRANTING PLAINTIFFS' SECOND AMENDED MOTION TO SEAL CERTAIN TRIAL EXHIBITS AND CERTAIN EXHIBITS FROM THE CLERK'S RECORD, SUPPLEMENTAL CLERK'S RECORD, AND TWO REPORTER'S RECORDS

After having considered Plaintiffs' Second Amended Motion to Seal Certain Trial Exhibits and Certain Exhibits from the Clerk's Record, Supplemental Clerk's Record, and Two Reporter's Records (the "Motion") filed by Plaintiffs, Stephen Courtney, M.D. and Stephen Courtney, M.D., P.A., (collectively, "Plaintiffs" or the "Courtney Parties"), Defendants' Responses, and the arguments of counsel, the Court makes the following findings and orders:

1. Plaintiffs filed their Second Amended Motion to Seal seeking to permanently seal certain trial exhibits and portions of appellate records[1] under Rule 76a of the Texas Rules of Civil Procedure. As reflected in the Certificate of Service

---

[1] The specific documents Plaintiffs request to permanently seal is included in the chart below.

Permanent Sealing Order                                                                 Page | 1

**71**

at the end of Plaintiffs' Motion, Defendants have been provided notice of the filing of the Motion.

2. The Court further finds that the Plaintiffs complied with public notice requirement within Rule 76a(3) of the Texas Rules of Civil Procedure. Specifically, Plaintiffs filed their Second Amended Motion to Seal on August 26, 2022. Plaintiffs then filed a Public Notice on said Motion to be posted at the place where notices for meetings of Collin County governmental bodies are required to be posted on August 26, 2022. The Public Notice was posted at the place where notices for meetings of Collin County governmental bodies are required to be posted on August 30, 2022. Plaintiffs filed a verified copy of the public notice with the clerk of the court in which the case is pending and with the Clerk of the Supreme Court of Texas on August 30, 2022. The Public Notice has thus been posted for more than 14 days prior to the hearing on the Motion to Seal. On September 20, 2022, the Collin County Constable filed his Return of Citation by Posting confirming that the Public Notice was posted in the lobby of the Collin County Courthouse on August 30, 2022 until September 20, 2022. Plaintiffs further filed a Notice of Filing a Return of Service attaching the Constable's Return of Citation by Posting on September 20, 2022.

3. The specific facts supporting the permanent sealing of the exhibits and portions of the appellate records listed below consist of their inclusion of protected

health information of non-parties that federal and state statutes mandate confidentiality unless the individual patient provides authorization for disclosure. 45 C.F.R. §§ 164.502(a) and 164.508(a); Tex. Health & Safety Code § 181.006. The specific facts supporting the permanent sealing of the exhibits and portions of the appellate records listed below also consist of confidential, sensitive business and financial information, namely individual and business tax returns, for which federal confidentiality is required by federal law. 26 U.S.C. § 6103. Additionally, the specific facts supporting the permanent sealing of the exhibits and portions of the appellate records listed below consist of proprietary and competitive information within the confidential, sensitive business and financial records.

4.    The Court further finds that the Motion demonstrates patients treated by Plaintiffs possess specific, serious, and substantial interests in permanently sealing the court records containing their protected health information to protect their privacy rights who did not authorize the disclosure of their protected health information.  The Court further finds that Plaintiffs possess specific, serious, and substantial interests in sealing the court records containing their financial and business information because disclosure of those records would result in a competitive disadvantage, an invasion of privacy, and financial harm. The Court further finds the Motion demonstrates that Plaintiffs' and their patients' interests in

sealing these records outweigh the presumption of openness and will not cause any adverse effect on the general public health and safety.

5. The Court further finds the Motion demonstrates there are no less restrictive means than sealing these court records to adequately and effectively protect Plaintiffs' and their patients' asserted interests.

6. The Court further finds Plaintiffs did not waive their right to seek the sealing of the exhibits and portions of the appellate records listed below. During pre-trial discovery, the Parties exchanged discovery under a Protective Order to protect the documents, materials, and information relevant to this lawsuit, including protected health information and other confidential, sensitive business and financial information. Additionally, and for purposes of pre-trial hearings, motion practice, and at trial, the parties filed and/or admitted exhibits with the Court containing protected health information and confidential, sensitive business and financial information. The Parties filed those documents with the Court subject to and under the agreed protective order entered in the case. At trial, all Parties agreed on the record to seal certain documents containing protected health information and confidential, sensitive business and financial information. Further, the Plaintiffs do not hold the right to waive disclosure of protected health information of the non-party patients treated by Plaintiffs.

Therefore, the Court hereby ORDERS the following relief after an open hearing was held on Plaintiffs' Motion to Seal requesting a permanent sealing order:

1. The following documents be, and are hereby, permanently sealed:

| TRIAL EXHIBIT NUMBER | TRIAL EXHIBIT DESCRIPTION | SEALED | DENIED |
|---|---|---|---|
| Plaintiffs' Exhibit No. 31 | Exhibit 34 to Dr. Carmody's deposition | ✓ | |
| Plaintiffs' Exhibit No. 90 | Rute's email forwarding Bryan Taylor's medical records to himself dated May 4, 2016 | ✓ | |
| Plaintiffs' Exhibit No. 119 | P&Ls to Dr. Alan Osenbaugh's Amended Expert Report | ✓ | |
| Plaintiffs' Exhibit No. 120 | DRGs to Dr. Alan Osenbaugh's Amended Expert Report | ✓ | |
| Plaintiffs' Exhibit No. 121 | Dr. Alan Osenbaugh's Amended Expert Report | ✓ | |
| Defendant Liebbe's Exhibit No. 95 | Tax Returns, Dr. Stephen Courtney | ✓ | |
| Defendant Liebbe's Exhibit No. 97 | Tax Returns, Eminent Medical Center Operating | ✓ | |
| Defendant Liebbe's Exhibit No. 98 | Tax Returns, Eminent Medical Center Operating | ✓ | |
| Defendant Liebbe's Exhibit No. 99 | Tax Returns, Eminent Medical Center Operating | ✓ | |
| Defendant Liebbe's Exhibit No. 100 | Tax Returns, Eminent Medical Center Operating | ✓ | |
| Defendant Liebbe's Exhibit No. 101 | Tax Returns, Eminent Medical Center Operating | ✓ | |

| Trial Exhibit Number | Trial Exhibit Description | Sealed | Denied |
|---|---|---|---|
| Defendant Liebbe's Exhibit No. 106 | Tax Returns, Dr. Stephen Courtney | ✓ | |
| Defendant Liebbe's Exhibit No. 107 | Tax Returns, Dr. Stephen Courtney | ✓ | |

| Clerk's Record Nos. (Appeal No. 05-22-00158-CV) | Description | Sealed | Denied |
|---|---|---|---|
| | | ✓ | |
| Volume 4, Clerk's Record No. 1916--1945 | Letter from Michael Alfred to Judge Roach dated 5/22/20 | ✓ | |

| Supplemental Clerk's Record Nos. (Appeal No. 05-22-00158-CV) | Description | Sealed | Denied |
|---|---|---|---|
| | | ✓ | |
| Volume 2, Supplemental Clerk's Record No. 1784-1810 <br><br> Exhibit 2 to Plaintiff's Supplement to Their Rule 215 Motion to Strike Pleadings Against Kelly Liebbe | Patient lists attached to email dated 11/5/18 from Rute to Moore forwarding 6/6/16 email | ✓ | |

| Supplemental Clerk's Record Nos. (Appeal No. 05-22-00158-CV) | Description | Sealed | Denied |
|---|---|---|---|
| Volume 2, Supplemental Clerk's Record No. 1811-1829<br><br>Exhibit 3 to Plaintiff's Supplement to Their Rule 215 Motion to Strike Pleadings Against Kelly Liebbe | Patient List (KL List) attached to email from Jonathan Rute to eminentfailures@gmail.com dated 5/27/16 | ✓ | |
| Volume 2, Supplemental Clerk's Record No. 1833-1841<br><br>Exhibit 5 to Plaintiff's Supplement to Their Rule 215 Motion to Strike Pleadings Against Kelly Liebbe | Patient List (KL List 2) attached to email from Jonathan Rute to eminentfailures@gmail.com dated 5/27/16 | ✓ | |
| Volume 2, Supplemental Clerk's Record No. 1842<br><br>Exhibit 6 to Plaintiff's Supplement to Their Rule 215 Motion to Strike Pleadings Against Kelly Liebbe | Email dated from Jonathan Rute to Jonathan Rute dated 7/20/16 | ✓ | |

| SUPPLEMENTAL CLERK'S RECORD NOS. (APPEAL NO. 05-22-00158-CV) | DESCRIPTION | SEALED | DENIED |
|---|---|---|---|
| Plaintiffs' Confidentially-Filed Appendix in Support of Their Response to Defendant's Motion to Exclude (Vol. 2, Record Nos. 2289-2455) | Not designated by Plaintiffs for inclusion in the Supplemental Clerk's Record, but inadvertently included. | ✓ | |

| REPORTER'S RECORD DESIGNATIONS (APPEAL NO. 05-22-00158-CV) | DESCRIPTION | SEALED | DENIED |
|---|---|---|---|
| October 20, 2020 Hearing, Plaintiffs' Exhibit 40 | Patient List | ✓ | |
| February 8, 2021 Hearing, Plaintiffs' Exhibit 2 | List of patients | ✓ | |
| February 8, 2021 Hearing, Plaintiffs' Exhibit 3 | Patient List (KL List) attached to email from Jonathan Rute to eminentfailures@gmail.com dated 5/27/16 | ✓ | |
| February 8, 2021 Hearing, Plaintiffs' Exhibit 5 | Patient List (KL List 2) attached to email from Jonathan Rute to eminentfailures@gmail.com dated 5/27/16 | ✓ | |
| February 8, 2021 Hearing, Plaintiffs' Exhibit 6 | Email dated from Jonathan Rute to Jonathan Rute dated 7/20/16 | ✓ | |

| Reporter's Record Designations (Appeal No. 05-22-00158-CV) | Description | Sealed | Denied |
|---|---|---|---|
| February 8, 2021 Hearing, Defendant Liebbe's Exhibit 1 | Patient lists attached to email dated 11/5/18 from Rute to Moore forwarding 6/6/16 email | ✓ | |
| February 8, 2021 Hearing, Defendant Liebbe's Exhibit 4 | Patient List (KL List) attached to email from Jonathan Rute to eminentfailures@gmail.com dated 5/27/16 | ✓ | |
| February 8, 2021 Hearing, Defendant Liebbe's Exhibit 5 | Patient List (KL List 2) attached to email from Jonathan Rute to eminentfailures@gmail.com dated 5/27/16 | ✓ | |
| February 8, 2021 Hearing, Defendant Liebbe's Exhibit 6 | Spreadsheet containing list of patients and metadata | ✓ | |
| February 8, 2021 Hearing, Defendant Liebbe's Exhibit 9 | Spreadsheet containing list of patients and metadata | ✓ | |

| Reporter's Record Nos. (Appeal No. 05-21-01114-CV) | Description | Sealed | Denied |
|---|---|---|---|
| Volume 5, February 8, 2021 Hearing, Plaintiffs' Exhibit 2 | List of patients | ✓ | |

79

| REPORTER'S RECORD NOS. (APPEAL NO. 05-21-01114-CV) | DESCRIPTION | SEALED | DENIED |
|---|---|---|---|
| Volume 5, February 8, 2021 Hearing, Plaintiffs' Exhibit 3 | Patient List (KL List) attached to email from Jonathan Rute to eminentfailures@gmail.com dated 5/27/16 | ✓ | |
| Volume 5, February 8, 2021 Hearing, Plaintiffs' Exhibit 5 | Patient List (KL List 2) attached to email from Jonathan Rute to eminentfailures@gmail.com dated 5/27/16 | ✓ | |
| Volume 5, February 8, 2021 Hearing, Plaintiffs' Exhibit 6 | Email dated from Jonathan Rute to Jonathan Rute dated 7/20/16 | ✓ | |
| Volume 5, February 8, 2021 Hearing, Defendant Liebbe's Exhibit 1 | Patient lists attached to email dated 11/5/18 from Rute to Moore forwarding 6/6/16 email | ✓ | |
| Volume 5, February 8, 2021 Hearing, Defendant Liebbe's Exhibit 4 | Patient List (KL List) attached to email from Jonathan Rute to eminentfailures@gmail.com dated 5/27/16 | ✓ | |
| Volume 5, February 8, 2021 Hearing, Defendant Liebbe's Exhibit 5 | Patient List (KL List 2) attached to email from Jonathan Rute to eminentfailures@gmail.com dated 5/27/16 | ✓ | |

| Reporter's Record Nos. (Appeal No. 05-21-01114-CV) | Description | Sealed | Denied |
|---|---|---|---|
| Volume 5, February 8, 2021 Hearing, Defendant Liebbe's Exhibit 6 | Spreadsheet containing list of patients and metadata | ✓ | |
| Volume 5, February 8, 2021 Hearing, Defendant Liebbe's Exhibit 9 | Spreadsheet containing list of patients and metadata | ✓ | |

TRIAL EXHIBIT - PLAINTIFF'S 30    ✓

SIGNED this 21st day of September, 2022.

_____
Judge Presiding